**THE UNITED FIRM A.P.C.**
Dominic J. Olivetti, Esq.
Arizona State Bar No. 031788
2727 N 3rd Street
Phoenix, AZ 85004
E-Mail: Dominic@UnitedFirm.com
Telephone: (602) 848-4990
Facsimile: (602) 848-4991
*Attorney for Defendant*

**In The United States District Court**
**District of Arizona**

\* \* \*

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Edwin Andres Valdez Gutierrez,<br><br>                    Defendant, | **Case No.: 2:25-cr-00392-PHX-DLR**<br><br>**<u>Unopposed Motion to Continue Trial Date and Plea Deadline</u>**<br><br>*(Third Request)*<br><br>*Defendant in custody* |

Defendant, Edwin Andres Valdez Gutierrez, through counsel, respectfully requests that this Honorable Court enter an Order continuing the Trial date in this case, which is currently set for July 1, 2025, and additionally, extend the plea deadline for approximately thirty (30) days.

Defense counsel was recently noticed in this case on June 13, 2025. This request for a continuance is necessary to allow the defense additional time to consult with Mr. Valdez Gutierrez and adequately prepare for Trial and possible negotiations pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice will be served by a continuance. Denial of this motion would result in a miscarriage of justice. (18U.S.C. § 3161(h)(7)(B)(i)).

1

Defense counsel has been in contact with the Assistant United States Attorney assigned to this case, Mr. Arellano, who indicated that the government makes no objection to the requested continuance.

Defense counsel avows to the Court that due diligence has been made to prepare this case for Trial. Counsel further avows that this request is made in good faith and not made for the purpose of delay. For the above-stated reasons, the defendant and undersigned counsel respectfully request that the Court continue Trial date and Plea deadlines for approximately thirty (30) additional days.

**RESPECTFULLY SUBMITTED** this 18th day of June, 2025.

By:    */s/Dominic J. Olivetti*
Dominic Olivetti, Esq
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, hereby certify on June 18, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

United States District Court

Assistant United States Attorney
United States Attorney's Office

By:/s/Dominic J. Olivetti
DOMINIC J. OLIVETTI